**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| National Payment Systems LLC, | No. CV-21-00666-PHX-JJT |
| Plaintiff, | **ORDER** |
| v. | |
| BSR Acquisition Company LLC, | |
| Defendant. | |

At issue is Plaintiff's Motion to File Under Seal Its Reply to Plaintiff's Motion to Strike Declaration of Brian Goudie (Doc. 83).

In the Ninth Circuit, courts "start with a strong presumption in favor of access to court records." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)). "In order to overcome this strong presumption, a party seeking to seal a judicial record must articulate justifications for sealing that outweigh the historical right of access and the public policies favoring disclosure." *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178–79 (9th Cir. 2006). Where a document is "more than tangentially related to the merits" of a case, the party seeking to seal the document must demonstrate "compelling reasons to keep the documents under seal." *Ctr. for Auto Safety*, 809 F.3d at 1103.

Plaintiff has provided sufficient compelling reasons to file under seal the Reply (presently lodged under seal at Doc. 84) to Plaintiff's Motion to Strike Declaration of Brian

1  Goudie. Specifically, Plaintiff has stated that the subject documents contain confidential
2  business and financial data, the disclosure of which could harm the parties' competitive
3  standing. *See Kamakana*, 447 F.3d at 1179. Moreover, the Court takes into account the
4  expedited nature of the subject briefing in conjunction with Plaintiff's Motion for
5  Temporary Restraining Order.

**IT IS THEREFORE ORDERED** granting Plaintiff's Motion to File Under Seal Its Reply to Plaintiff's Motion to Strike Declaration of Brian Goudie (Doc. 83).

**IT IS FURTHER ORDERED** that the Clerk of Court shall file under seal the document presently lodged under seal at Doc. 84.

Dated this 27th day of May, 2021.

Honorable John J. Tuchi
United States District Judge